8 F.3d 815
 York (Suzanne), Mitchell (Cheryl), Springer (Sonya, Esmay,
Lloya), Bowen (David, Betty), Richardson ( (Joanne,
Marlene), Moore (Dana, Gwen), Kennedy (Tinnita), Logan
(James, Regina), McCarthy (Ursula), Williams (Rebecca),
Butler (Koroun), Simon (Minnie), Johnson (Jennifer,
Bernice), Browning (Taryn, Tina), Hoye (Ayana, Gwynne),
Wells (Lamont), Johnson (Erika, Marsha, Tamica), Green
(Delores), Turner (Jermaine), Gibson (Adria), Faust (Andrea)
Coates-Knowles (Rachel)
 NOS. 93-1093, 93-1144
 United States Court of Appeals,
Third Circuit.
 Sept 24, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.